**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6207**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

     versus

MARK JEFFREY DUNCAN,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CR-96-40-R, CA-99-134-7)

———————

Submitted: August 29, 2000      Decided: September 14, 2000

———————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Mark Jeffrey Duncan, Appellant Pro Se. Anthony Paul Giorno, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Jeffrey Duncan seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We grant Duncan's motion to file a supplement to his informal brief. We have reviewed the record, the district court's opinion, and Duncan's pleadings, and we find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Duncan, Nos. CR-96-40-R; CA-99-134-7 (W.D. Va. Feb. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2